In the Matter of the Judicial Settlement of the Account of MICHAEL O'KEEFE and EDWARD BARRETT, as Executors, etc., of HENRY O'KEEFE, Deceased, Respondents. ALBERT O'KEEFE and Another, Appellants.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

AGNES JEFFERSON, Respondent, v. JOHN E. CARLSON and EMMA CARLSON, Trading, etc., Appellants.— Judgment and order unanimously affirmed,

with costs. No opinion. Present — Thomas, Stapleton, Mills, Rich and Putnam, JJ.